IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                                                                  No. 02-20151-B

MICHELLE WILLIAMS,

      Defendant.

## ORDER DENYING MOTION TO AMEND JUDGMENT

Before the court is the January 3, 2005, motion of the Defendant, Michelle Williams, to amend the judgment or in the alternative to place judgment under seal. Ms. Williams was convicted of aiding and abetting in identity theft and sentenced by former District Judge Julia Smith Gibbons on December 17, 2002. In the Judgment, Judge Gibbons included as one of her conditions of supervised release that there be third-party risk notification by the probation office as to any employers concerning her criminal history and the conviction in this Court. The Defendant sought to have that part of the Judgment removed or in the alternative to place the judgment under seal. In essence, the Defendant was seeking to prevent the information about her conviction being disclosed to her employer for risk of her losing her job.

On May 4, 2005, the Court conducted a hearing on Defendant's motion and following arguments of counsel as well as consideration of the basis for the Defendant's motion, the Court determined that the motion to amend the judgment was untimely and found no other reason for the judgment to be placed under seal. Consequently, the Defendant's motion is DENIED.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-6-05



**IT IS SO ORDERED** this 4th day of May, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 827 in case 2:02-CR-20151 was distributed by fax, mail, or direct printing on May 6, 2005 to the parties listed.

---

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Ste. 242
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Bruce I. Griffey
LAW OFFICES OF BRUCE I. GRIFFEY
142 North Third St.
3rd Floor
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Randall P. Salky
LAW OFFICE OF RANDALL SALKY
266 S. Front St.
Memphis, TN 38103

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Marcus Martin
1420 Brown Street
Memphis, TN 38107

Honorable J. Breen
US DISTRICT COURT