# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 DEC -1 PM 4: 42

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

U.S.A. vs. __Michelle Williams__   Docket No. __2:02CR20151-__

### Petition on Probation and Supervised Release

**COMES NOW** _Edward E. Shaw_ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of _Michelle Williams_ who was placed on supervision by the Honorable _Julia S. Gibbons_ sitting in the Court at _Memphis, Tennessee_, on the _17th_ day of _December_, 2002 who fixed the period of supervision at _three (3) years_ and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall submit to substance abuse testing and treatment as deemed appropriate by the Probation Officer.
2. The defendant shall make full financial disclosure upon request by the Probation Officer.
3. The defendant shall be prohibited from opening additional lines of credit without approval of the Probation Officer.
4. The defendant shall pay restitution in the amount of $26,352.00. (Balance: $25,937.00)
5. The defendant shall serve six (6) months of Home Confinement. (Completed.)

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Michelle Williams' Probation is due to expire on December 16, 2005, but she has not paid restitution in full. As a single mother with modest income, she struggles monthly with her budget. Her ability to pay has been limited, yet she still has fallen behind on a $25.00 per month payment plan. To rectify this, Ms. Williams has recently agreed, by executing a voluntary payroll deduction form, to have her employer make regular deductions for future restitution payments.

**PRAYING THAT THE COURT WILL ORDER** that Michelle Williams' Probation be allowed to expire as scheduled on December 16, 2005, with the understanding that the United States Attorney's Office will be responsible for the continued collection of restitution.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this 1st day of _December_ 20 05 and ordered filed and made a part of the records in the above case.<br><br>_____<br>United States District Judge | _____<br>Edward E. Shaw, U.S. Probation Officer<br>Electronic Monitoring Specialist<br><br>Place: _Memphis, TN_<br><br>Date: _November 17, 2005_ |

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __12-2-05__

839

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 839 in case 2:02-CR-20151 was distributed by fax, mail, or direct printing on December 2, 2005 to the parties listed.

---

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT